# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) | Case No. 20-12629-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| GREAT WESTERN OPERATING COMPANY, LLC, | ) | AP No. 20-01138-MER |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) | |
| Dba Catamount Oilfield Services | ) | |
| dba R&G Casing and Tubing (EIN 26-2676286), | ) | |
| CLINTON GOULD, | ) | |
| TEDA TPCO AMERICA CORPORATION, | ) | |
| SEAH STEEL AMERICA, INC., | ) | |
| HYUNDAI STEEL USA, INC., | ) | |
| SDB TRADE INTERNATIONAL, LP, | ) | |
| PYRAMID TUBULAR PRODUCTS, LLC | ) | |
| CHARTER PIPE, LLC | ) | |
| DESTINY CAPITAL, INC. | ) | |
| RP PIPE SERVICES, LLC | ) | |
| POWER SOLUTIONS, LLC, | ) | |
| Defendants. | | |

## ORDER GRANTING JOINT MOTION TO DISMISS

**THIS MATTER**, having come before the Court on the Joint Motion to Dismiss filed by M. Stephen Peters, as Trustee of the Chapter 7 bankruptcy estate of Rusty Gold Hydro Testers, Inc. ("Trustee") and SDB Trade International, LP ("SDB"), and being duly advised, does hereby,

**ORDER** that the Trustee Claims are dismissed, with prejudice, against SDB.

**IT IS FURTHER ORDERED** that except as provided in the parties' settlement, each party shall bear their own attorneys' fees and costs relating to their respective claims against each other.

{Z0384192/1 }

**IT IS FURTHER ORDERED** that any and all remaining claims, cross claims or counterclaims against SDB are dismissed with prejudice.

Dated March 18, 2022

BY THE COURT:

_____

US Bankruptcy Court Judge