## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) | Case No. 20-12629-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| GREAT WESTERN OPERATING | ) | |
| COMPANY, LLC, | ) | AP No. 20-01138-MER |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) | |
| Dba Catamount Oilfield Services | ) | |
| dba R&G Casing and Tubing (EIN 26- | ) | |
| 2676286), | ) | |
| CLINTON GOULD, | ) | |
| TEDA TPCO AMERICA CORPORATION, | ) | |
| SEAH STEEL AMERICA, INC., | ) | |
| HYUNDAI STEEL USA, INC., | ) | |
| SDB TRADE INTERNATIONAL, LP, | ) | |
| PYRAMID TUBULAR PRODUCTS, LLC | ) | |
| CHARTER PIPE, LLC | ) | |
| DESTINY CAPITAL, INC. | ) | |
| RP PIPE SERVICES, LLC | ) | |
| POWER SOLUTIONS, LLC, | ) | |
| Defendants. | | |

## AGREED ORDER GRANTING JOINT MOTION TO DISMISS

Upon Great Western Operating Company, LLC's ("Great Western") and M. Stephen Peters, not individually but solely in his capacity as chapter 7 trustee ("Trustee") for the bankruptcy estate of Rusty Gold Hydro-Testers, Inc. ("Debtor")'s Joint Motion to Dismiss ("Motion to Dismiss") seeking an order (this "Order") from this Court permitting Great Western to dismiss its complaint and amended complaint and also permitting the Trustee to dismiss each claim asserted in the Adversary Proceeding, all as more fully set forth in the Motion to Dismiss; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having

reviewed the Motion to Dismiss and after due deliberation and sufficient cause appearing therefor, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the Federal Rules of Civil Procedure; it is HEREBY ORDERED THAT:

1

1.   Great Western's and the Trustee's Joint Motion to Dismiss is granted;

2.   Great Western's complaint and amended complaint are dismissed, with prejudice;

3.   All claims asserted by the Trustee in the Adversary Proceeding are dismissed, with prejudice; and

4.   Except as provided by the parties' settlement agreement, each party shall bear their own attorneys' fees and costs.


Dated:  _____August 9_____, 2022


_____
UNITED STATES BANKRUPTCY JUDGE


Agreed to by:                              MARKUS WILLIAMS YOUNG &
                                           HUNSICKER LLC

                                           */s/ James T. Markus*_____
                                           James T. Markus, # 25065
                                           1775 Sherman Street, Suite 1950
                                           Denver, Colorado 80203-4505
                                           Telephone (303) 830-0800
                                           Facsimile (303) 830-0809
                                           Email: jmarkus@markuswilliams.com

                                           *Attorneys for the M. Stephen Peters,*
                                           *Chapter 7 Trustee*


Prepared by:                               STEPTOE & JOHNSON PLLC

                                           */s/ Deva Solomon*_____
                                           Deva Solomon
                                           600 17th Street, Suite Suite 2300 South
                                           Denver, CO 80202
                                           deva.solomon@steptoe-johnson.com

                                           *Attorneys for Great Western Operating*
                                           *Company, LLC*


2