United States Bankruptcy Court

District of Colorado

Great Western Operating Company LLC,

    Plaintiff

                                                Adv. Proc. No. 20-01138-MER

Rusty Gold Hydro-Testers, Inc.,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Aug 09, 2022 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dft | + | Destiny Capital, Inc., PO Box 313, Alto, NM 88312-0313 |
| crd | + | Rusty Gold Hydro-Testers, Inc., 16185 CR 20, Fort Morgan, CO 80701-7142 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| tr | | M. Stephen Peters |
| crd | | Destiny Capital, Inc. |
| cd | | Destiny Capital, Inc. |
| crd | | Destiny Capital, Inc. |
| crd | | Destiny Capital, Inc. |
| cd | | Destiny Capital, Inc. |
| crc | | M. Stephen Peters |
| dft | | Rusty Gold Hydro-Testers, Inc. |
| cd | | Rusty Gold Hydro-Testers, Inc. |
| crd | | Rusty Gold Hydro-Testers, Inc. |
| cd | *+ | Rusty Gold Hydro-Testers, Inc., 16185 CR 20, Fort Morgan, CO 80701-7142 |
| crd | *+ | Rusty Gold Hydro-Testers, Inc., 16185 CR 20, Fort Morgan, CO 80701-7142 |

TOTAL: 10 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 1082-1                          User: admin                                     Page 2 of 2
Date Rcvd: Aug 09, 2022                        Form ID: pdf904                                 Total Noticed: 2

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur M Standish | on behalf of Plaintiff Great Western Operating Company LLC art.standish@steptoe-johnson.com |
| Colton C Parsons | on behalf of Plaintiff Great Western Operating Company LLC colton.parsons@steptoe-johnson.com |
| David M. Rich | on behalf of Defendant Clinton Gould dmrich@comcast.net  sharon@kjblawoffice.com |
| David M. Rich | on behalf of Counter-Defendant Rusty Gold Hydro-Testers  Inc. dmrich@comcast.net, sharon@kjblawoffice.com |
| David M. Rich | on behalf of Defendant Rusty Gold Hydro-Testers  Inc. dmrich@comcast.net, sharon@kjblawoffice.com |
| David M. Rich | on behalf of Cross Defendant Rusty Gold Hydro-Testers  Inc. dmrich@comcast.net, sharon@kjblawoffice.com |
| Deva Solomon | on behalf of Plaintiff Great Western Operating Company LLC deva.solomon@steptoe-johnson.com tiffany.arguello@steptoe-johnson.com,deva-solomon-8145@ecf.pacerpro.com |
| Deva Solomon | on behalf of Cross Defendant Great Western Operating Company LLC deva.solomon@steptoe-johnson.com tiffany.arguello@steptoe-johnson.com,deva-solomon-8145@ecf.pacerpro.com |
| Deva Solomon | on behalf of Counter-Defendant Great Western Operating Company LLC deva.solomon@steptoe-johnson.com tiffany.arguello@steptoe-johnson.com,deva-solomon-8145@ecf.pacerpro.com |
| James T. Markus | on behalf of Trustee M. Stephen Peters jmarkus@markuswilliams.com docket@markuswilliams.com;sschaefer@markuswilliams.com |
| John F. Young | on behalf of Trustee M. Stephen Peters jyoung@markuswilliams.com docket@markuswilliams.com;sschaefer@markuswilliams.com |
| Kimberly L. Martinez | on behalf of Trustee M. Stephen Peters Kimberly.Martinez@stewart.com sschaefer@markuswilliams.com;janderson@markuswilliams.com;docket@markuswilliams.com |
| M. Stephen Peters (Int) | peters@msplaw.org |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) | Case No. 20-12629-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| GREAT WESTERN OPERATING | ) | |
| COMPANY, LLC, | ) | AP No. 20-01138-MER |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) | |
| Dba Catamount Oilfield Services | ) | |
| dba R&G Casing and Tubing (EIN 26- | ) | |
| 2676286), | ) | |
| CLINTON GOULD, | ) | |
| TEDA TPCO AMERICA CORPORATION, | ) | |
| SEAH STEEL AMERICA, INC., | ) | |
| HYUNDAI STEEL USA, INC., | ) | |
| SDB TRADE INTERNATIONAL, LP, | ) | |
| PYRAMID TUBULAR PRODUCTS, LLC | ) | |
| CHARTER PIPE, LLC | ) | |
| DESTINY CAPITAL, INC. | ) | |
| RP PIPE SERVICES, LLC | ) | |
| POWER SOLUTIONS, LLC, | ) | |
| Defendants. | | |

**AGREED ORDER GRANTING JOINT MOTION TO DISMISS**

Upon Great Western Operating Company, LLC's ("Great Western") and M. Stephen Peters, not individually but solely in his capacity as chapter 7 trustee ("Trustee") for the bankruptcy estate of Rusty Gold Hydro-Testers, Inc. ("Debtor")'s Joint Motion to Dismiss ("Motion to Dismiss") seeking an order (this "Order") from this Court permitting Great Western to dismiss its complaint and amended complaint and also permitting the Trustee to dismiss each claim asserted in the Adversary Proceeding, all as more fully set forth in the Motion to Dismiss; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having

reviewed the Motion to Dismiss and after due deliberation and sufficient cause appearing therefor, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the Federal Rules of Civil Procedure; it is HEREBY ORDERED THAT:

1

1. Great Western's and the Trustee's Joint Motion to Dismiss is granted;

2. Great Western's complaint and amended complaint are dismissed, with prejudice;

3. All claims asserted by the Trustee in the Adversary Proceeding are dismissed, with prejudice; and

4. Except as provided by the parties' settlement agreement, each party shall bear their own attorneys' fees and costs.

Dated: _____August 9_____, 2022

UNITED STATES BANKRUPTCY JUDGE

Agreed to by:

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

/s/ James T. Markus
James T. Markus, # 25065
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
Email: jmarkus@markuswilliams.com

*Attorneys for the M. Stephen Peters, Chapter 7 Trustee*

Prepared by:

STEPTOE & JOHNSON PLLC

/s/ Deva Solomon
Deva Solomon
600 17th Street, Suite Suite 2300 South
Denver, CO 80202
deva.solomon@steptoe-johnson.com

*Attorneys for Great Western Operating Company, LLC*

2